IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **FRANK BAK,** | ) | |
| **ERIKA LISA BAK,** | ) | No. 10 B 40085 |
| | ) | |
| Debtors. | ) | |

## N O T I C E

TO:    Office of U.S. Trustee, Via CM/ECF System
       See Attached List, Via U.S. Mail


PLEASE TAKE NOTICE that on the 17th of October, 2011, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, in Courtroom No.613, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.


/s/ Gina B. Krol
GINA B. KROL
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 26th day of September, 2011.

/s/ Gina B. Krol

Label Matrix for local noticing
0752-1
Case 10-40085
Northern District of Illinois
Chicago
Thu Sep 22 12:38:00 CDT 2011

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57104-0493

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Alla Oleksiyenko
20779 N. Elizabeth
Prairieview, IL 60069-4601

America's Servicing Company
PO Box 10328
Des Moines, IA 50306-0328

Attorneys Marshall C. Watson, P.A.
1800 NW. 49th Street
Suite 120
Fort Lauderdale, FL 33309-3092

BAC Home Loans Servicing LP
P. O. Box 650070
Dallas, TX 75265-0070

Bank of America
Attention: Bankruptcy
P.O. Box 15019
Wilmington, DE 19850-5019

Bank of America
P. O. Box 19886
Wilmington, DE 19886-0001

Blitt and Gaines PC
661 Glenn Ave.
Wheeling, IL 60090-6017

C&S Condominium Management
4301 32nd St W
Ste A-20
Bradenton, FL 34205-2794

Capital One
PO Box 6103
Carol Stream, IL 60197-6103

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank, N.A.
PO Box 6492
Carol Stream, IL 60197-6492

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Citi Cards
Attention: Bankruptcy
P.O. Box 6000
Sioux Falls, SD 57117-6000

Citi Cards
PO Box 688901
Des Moines, IA 50368-8901

Citibank South Dakota NA
Payment Center
4740 121st St
Urbandale, IA 50323-2402

Client Services Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301-9816

Dilworth Paxson
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

F & L Investors Series LLC (A-G)
1400 Sunset Ridge Rd.
Glenview, IL 60025-2244

Fisher & Shapiro
2121 Waukegan Rd
Suite 301
Deerfield, IL 60015-1831

Frank Bak Decorating

GMAC Mortage
PO Box 4622
Waterloo, IA 50704-4622

I.C. System Inc.
444 Highway, 96 East
PO Box 64378
Saint Paul, MN 55164-0378

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Office of Ira T. Nevel, LLC
175 North Franklin
Suite 201
Chicago, IL 60606-1847

PNC Mortgage
3508 North Western Ave.
Chicago, IL 60618

PNC Mortgage, a division of
PNC Bank, National Association
3232 Newmark Drive
Miamisburg, Ohio 45342-5421

Pierce and Associates
1 North Dearborn
Suite 1300
Chicago, IL 60602-4373


Rolando Venegas
146 E. Strong
Wheeling, IL 60090-2946

Scottsdale Emergency Room Associate
PO Box 2710
Scottsdale, AZ 85252-2710

Scottsdale Healtcare - Osborn
PO Box 29679
Phoenix, AZ 85038-9679


Shad Curtis
149 E. Strong St.
Wheeling, IL 60090-2944

Tatiana Wilczak & Boris Verkholaz
922 E. Old Willow Rd.
Prospect Heights, IL 60070-2142

Third Federal Savings
7007 Broadway Avenue
Cleveland, OH 44105-1490


Third Federal Savings & Loan Association of
c/o Weltman, Weinberg & Reis Co., LPA
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601-2704

Tibor & Zsuzsanna Szatmary
1583 Vermont
Rolling Meadows, IL 60008-1131

Todd Carter & Alyssa Wirtz
6171 N. Sheridan Rd.
Unit 304
Chicago, IL 60660-2843


U.S. Bank, National Association, As Trustee
BAC Home Loan Servicing, LP
Bankruptcy Department
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065-6414

Zoli Gyuris
144 E. Strong St.
Wheeling, IL 60090-2946

Erika Lisa Bak
1400 Sunset Ridge Road
Glenview, IL 60025-2244


Frank K. Bak
1400 Sunset Ridge Road
Glenview, IL 60025-2244

Gina B Krol ESQ
Cohen & Krol
105 West Madison Street #1100
Chicago, IL 60602-4600

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Yan Teytelman
537 Vicksburg Drive, Apt. F
Belleville, IL 62221-6603


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **FRANK BAK,** | ) | |
| **ERIKA LISA BAK,** | ) | No. 10 B 40085 |
| | ) | |
| Debtor(s). | ) | |

## <u>MOTION FOR ENTRY OF FINAL DECREE</u>

TO THE HONORABLE **A. BENJAMIN GOLDGAR,**
BANKRUPTCY JUDGE

Now comes FRANK BAK and ERIKA LISA BAK, Debtors herein, and respectfully

represent unto this Honorable Court as follows:

1.     That on the 7th day of September, 2010, the above-named Debtors filed the

above-captioned Chapter 11 petition.

2.     That this Honorable Court entered an Order confirming the Debtors'

Amended Plan of Reorganization on August 4, 2011.

3.     That the Debtors have made the initial distributions due under the Amended

Plan of Reorganization.

4.     That the Debtors have substantially complied with all of the terms contained

in its confirmed Chapter 11 Plan.

WHEREFORE, FRANK BAK and ERIKA LISA BAK, Debtors herein, pray for the entry

of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy

Court to close this case, and for such other and further relief as the Court shall deem proper.

JOSEPH E. COHEN                              FRANK BAK & ERIKA LISA BAK
GINA B. KROL                                    Debtors
E. PHILIP GROBEN
COHEN & KROL
105 W. Madison St., Ste 1100          BY:  /s/  GINA B. KROL
Chicago, IL  60602                             One of Attorneys for Debtor
312/368-0300