UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-40085 |
| | ) | |
| FRANK BAK, | ) | |
| ERIKA LISA BAK, | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

FINAL DECREE

The estate of the above-named Debtors, having been fully administered and the payments required by the Debtors' Confirmed Chapter 11 Amended Plan of Reorganization having been substantially completed, IT IS HEREBY ORDERED THAT:

The final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 10/17/11

**Prepared by counsel of Movant:**

Gina B. Krol
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300

Rev: 20101008_bko